UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Hon. Katherine S. Hayden |
| : | |
| DURRELL SMITH, : | Criminal No. 09-cr-0086 |
|   a/k/a "Rel" : | |
| ALEX LOPEZ, : | |
|   a/k/a "Cock-n-Squeeze," : | |
|   a/k/a "Cuba" : | |
| WALEED WHEELER, : | |
|   a/k/a "Walik" : | |
| ANTONIO R. ORTIZ, : | |
|   a/k/a "Blue" : | |
| TERRANCE MILLS, : | |
|   a/k/a "Taddow" and : | |
| MICHAEL C. DANIELS : | CONSENT ORDER FOR CONTINUANCE |

An indictment charging defendants with conspiracy and possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846, having been filed on February 11, 2009; and defendant Durrell Smith having been represented by Michael A. Armstrong, Esq., defendant Alex Lopez having been represented by John P. McGovern, Esq., defendant Waleed Wheeler having been represented by Donna Newman, Esq., defendant Antonio Ortiz having been represented by Alex Booth, Esq. and defendant Terrance Mills having been represented by John Whipple, Esq.; and defendants and their respective counsel being aware that a trial must be held within 70 days of the filing of the indictment on these charges,

pursuant to Title 18, United States Code, Section 3161(c); and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a continuance for pretrial motions in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render pretrial motions and a trial of this matter unnecessary and conserve judicial resources;

IT IS on this _____ day of April, 2009, ORDERED that:

1. Pretrial Motions shall be filed by May, 22, 2009.
2. Responses shall be filed by May 29, 2009.
3. Motion hearing date shall be held on June 12, 2009.

The trial date shall be scheduled on a date to be set by the Court.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge